# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | |
| RAUF A. CHEEMA ) | |
| 11301 Corobon Lane ) | |
| Great Falls, VA 22066 ) | |
| CIS File No. A95 365 400 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. |
| ) | |
| EMILIO T. GONZALEZ, Director ) | |
| U.S. Citizenship and Immigration Services ) | |
| 20 Massachusetts Avenue, N.W. ) | |
| Washington, DC 20529 ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
| U.S. Department of Homeland Security ) | |
| 425 Murray Drive, Building 410 ) | |
| Washington, DC 20528 ) | |
| ) | |
| ROBERT S. MUELLER, Director ) | |
| Federal Bureau of Investigation ) | |
| J. Edgar Hoover Building ) | |
| 935 Pennsylvania Avenue, N.W. ) | |
| Washington, DC 20535 ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## VERIFIED COMPLAINT FOR MANDAMUS AND DECLARATORY JUDGMENT

The Plaintiff, RAUF A. CHEEMA, by counsel, complains of the Defendants, EMILIO T.

GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF,

Secretary, U.S. Department of Homeland Security; and ROBERT S. MUELLER, Director,

Federal Bureau of Investigation, as follows:

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

1

# I.  PREFATORY STATEMENT

1.  This is a mandamus action to compel the Defendants and those acting under them to take all appropriate action to adjudicate the Plaintiff's Application to Adjust Status to Lawful Permanent Resident (Form I-485) without further delay.

2.  The Plaintiff properly filed his adjustment of status application with the Defendant U.S. Citizenship and Immigration Services ("CIS") on December 7, 2001.   As directed, on June 14, 2002, the Plaintiff submitted his fingerprints to CIS.   The application remains within the jurisdiction of the Defendants, who have improperly withheld action on the application for an unreasonable period of time to the detriment of the Plaintiff.

# II.  JURISDICTION

3.  This is a civil action brought pursuant to 28 U.S.C. §1361 ("The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff").  Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal subject matter jurisdiction).

4.  Jurisdiction is also conferred pursuant to 5 U.S.C. §555(b) and §702 (the Administrative Procedure Act).  The APA requires CIS to carry out its duties within a reasonable time.  5 U.S.C. §555(b) provides that "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency *shall* proceed to conclude a matter presented to it."   (Emphasis added).  CIS is subject to 5 U.S.C. §555(b).  *See Liberty Fund, Inc. v. Chao*, 394 F. Supp. 2d 105, 114 (D.D.C. 2005) ("The Administrative Procedure Act requires an agency to act 'within a reasonable time,' 5

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

2

U.S.C. § 555(b), and authorizes a reviewing court to 'compel agency action …
unreasonably delayed,' 5 U.S.C. § 706(1).").

5.  Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. §1252, does not
deprive this Court of jurisdiction.  INA §242(a)(5) provides that "a petition for review
filed with an appropriate court of appeals in accordance with this section, shall be the sole
and exclusive means for judicial review of an order of removal entered or issued under
any provision of this Act[.]"  As the present action is not an action to review a removal
order, but simply an action to compel CIS to adjudicate an unreasonably delayed
application, this Court retains original mandamus jurisdiction under 28 U.S.C. §1361.

6.  Both the regulations and the INA provide numerous examples of duties owed by CIS in
the adjustment of status process.  8 U.S.C. §1103 provides that "[t]he Secretary of
Homeland Security *shall* be charged with the administration and enforcement of this Act
and all other laws relating to the immigration and naturalization of aliens[.]"  (Emphasis
added).  The Code of Federal Regulations provides that "[e]ach applicant for adjustment
of status . . . *shall* be interviewed by an immigration officer."  8 C.F.R. §245.6 (emphasis
added).  The regulations further provide that "the applicant *shall* be notified of the
decision of the director and, if the application is denied, the reasons for the denial."  8
C.F.R. §245.2(a)(5)(i) (emphasis added).  The language of the statute and the above-cited
regulations is mandatory, not discretionary, and the Defendants have a clear duty to
adjudicate the application for adjustment of status pending before them.  *See Matter of
Sealed Case,* 151 F.3d 1059, 1063 (D.C. Cir. 1998); *see also First Federal Savings and
Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

3

7.  Section 242(a)(2)(B) of the INA, 8 U.S.C. §1252(a)(2)(B), as amended by section 106 of the Emergency Supplemental Appropriations Act for Defense, the Global War of Terror, and Tsunami Relief, Pub. L. 109-13 (May 11, 2005) ("REAL ID Act"), eliminated the authority of the federal courts to review decisions by the government to grant or deny discretionary relief.  Specifically, INA §242(a)(2)(B)(ii) provides that "no court shall have jurisdiction to review … (ii) any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security …."  8 U.S.C. §1252(a)(2)(B)(ii).[1]  Section 1252(a)(2)(B)(ii) does not strip federal courts of jurisdiction where – as in this case – the government has a nondiscretionary duty to act on the Plaintiff's application for adjustment of status and has unreasonably failed to so act.  *See, e.g.*, *Duan v. Zamberry*, Slip Copy, 2007 WL 626116, at *3 (W.D. Pa. Feb. 23, 2007) ("The weight of authority … supports a finding that Defendants have a non-discretionary duty to process or adjudicate an adjustment application; that duty supports a mandamus action.") (and cases cited therein).  The Government has discretionary authority to either grant or deny the Plaintiff's adjustment of status application.  *See, e.g.*, *Pool v. Gonzales*, Slip Copy, 2007 WL 1613272, at *2 (D.N.J. June 1, 2007) ("[E]ven though the actual decision to grant or deny an application for adjustment of status is discretionary, the USCIS has a non-discretionary duty to act on applications within a reasonable time").  However, the Government's discretion does not include authority to refuse or unreasonably delay its adjudication of a properly filed

---

[1] "[T]his subchapter" refers to Subchapter II of Chapter 12 of Title 8 of the U.S. Code, which includes INA §245, 8 U.S.C. §1255.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

application.  *See, e.g.*, *Jones v. Gonzales*, 2007 U.S. Dist. LEXIS 45012, at *2 (S.D. Fla. June 21, 2007) ("[N]o agency responsible for resolving matters of public interest should be free to let those matters pend in perpetuity; otherwise would be to relieve the agency of its Congressionally-mandated duty to the public."); *Ma & Liu v. Gonzales*, Slip Copy, 2007 WL 1655188 (W.D. Wash. June 5, 2007); *Elkhatib v. Butler*, Slip Copy, 2005 WL 5226742 (S.D. Fla. June 7, 2005).

8.  As set forth below, the delay in processing the Plaintiff's properly filed application for adjustment of status is unreasonable.

### III.  VENUE

9.  Venue is proper under 28 U.S.C. §1391(e), because this is an action against officers and agencies of the United States in their official capacities, brought in the district where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. The Defendant Emilio T. Gonzalez is sued in his official capacity as Director of CIS, a United States federal agency and resident in the district.  The Defendant Michael Chertoff is sued in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"), a United States federal agency and resident in the district.  The Defendant Robert S. Mueller is sued in his official capacity as Director of the Federal Bureau of Investigation ("FBI"), a United States federal agency and resident in the district.  Because national policy concerning adjudication of applications for immigration benefits is formulated by the DHS and implemented by CIS, which are both federal agencies that are resident in the district, venue is proper in this Court.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

5

IV.        **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

10.    No exhaustion requirements apply to the Plaintiff's complaint for a Writ of Mandamus. The Plaintiff is owed a duty—the adjudication of his application to adjust status, which has been duly filed with CIS. CIS has failed to adjudicate this application. The Plaintiff has no other adequate remedy available for the harm he seeks to redress—the failure of CIS to process his application to adjust status in a timely manner.

V.        **PARTIES**

11.    The Plaintiff, Rauf Cheema, resides in Great Falls, Virginia. He was born in Pakistan in 1966 and he is a citizen of Pakistan. His alien registration number is A95 365 400.

12.    The Defendants, EMILIO T. GONZALEZ, Director, CIS; MICHAEL CHERTOFF, Secretary, DHS; and ROBERT S. MUELLER, Director, FBI, are charged by law with the statutory and regulatory obligation to perform background security checks and determine eligibility for adjustment of status to lawful permanent resident, pursuant to 8 U.S.C. §1103 and §1255, and 8 C.F.R. §245.2(5)(i) and §245.6. CIS received the Plaintiff's application for adjustment of status on December 7, 2001. As directed, on June 14, 2002, the Plaintiff submitted his fingerprints to CIS. The Plaintiff was interviewed by CIS in connection with his application on April 5, 2006. CIS is the agency of DHS responsible for adjudicating adjustment of status applications under the INA and has the sole authority to do so, pursuant to 8 C.F.R. §245.2(a)(1) (requiring any alien who believes he meets the eligibility requirements of Section 245 of the Act to apply to the director having jurisdiction over his place of residence). The FBI is the agency responsible for

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

6

completing security checks, including name and fingerprint checks, for applicants for immigration benefits including adjustment of status.

## VI.    FACTS

13. The Plaintiff, Rauf Cheema, was born in Pakistan in 1966. He married his wife, Dr. Shabana Firdous, on December 16, 1994. The Plaintiff's wife became a lawful permanent resident in April 2006. The Plaintiff and his wife have two U.S. citizen children: Sarah Cheema, who was born in the U.S. on May 29, 1996, and Zohaib Cheema, who was born in the U.S. on May 17, 2001.

14. The Plaintiff last entered the United States in 1999 on an H-1B nonimmigrant employment visa, based on his expertise as a physician. The Plaintiff has always maintained lawful immigration status in the U.S. and has never engaged in any illicit activities. The Plaintiff has been steadily employed in this country as a physician. The Plaintiff has always paid his taxes and he has never been arrested, charged, or convicted of any crime.

15. The Plaintiff's wife, Dr. Shabana Firdous, obtained lawful permanent resident status in the U.S. in April 2006, based on the approval of her immigrant visa petition (Form I-140) as an alien of exceptional ability. *See* Exh. 1; *see also* INA §203(b)(2). The Plaintiff's adjustment of status application is based on his wife's immigrant visa petition, as he is a derivative beneficiary.

16. The Plaintiff filed his application for adjustment of status with the CIS Vermont Service Center on December 7, 2001, more than five and a half years ago. *See* Exh. 2. CIS issued a receipt notice for the Plaintiff's adjustment of status application on December

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

7

17, 2001. *See* Exh. 3. As directed, on June 14, 2002, the Plaintiff submitted his fingerprints to CIS. *See* Exh. 4.

17. On October 30, 2003, CIS issued a request for additional evidence. *See* Exh. 5. The Plaintiff and his wife promptly responded to the request on November 12, 2003. *See* Exh. 6.

18. On April 22, 2004, the Plaintiff's attorney made an inquiry with CIS regarding the status of his case. *See* Exh. 7. CIS replied on May 25, 2004, stating, "A decision on your I-485 is forthcoming." *Id.*

19. On October 27, 2004, the Plaintiff made yet another inquiry with CIS regarding his case status. *See* Exh. 8. No response was received.

20. On January 5, 2005, CIS Vermont Service Center issued a Transfer Notice indicating that the Plaintiff's case had been transferred to the CIS Washington District Office in Fairfax, Virginia. *See* Exh. 9.

21. On January 11, 2005, the Plaintiff's attorney sent CIS a request to expedite the Plaintiff's long-pending case. *See* Exh. 10.

22. On July 23, 2005, CIS sent the Plaintiff an adjustment of status interview notice, which he attended. *See* Exh. 11. At this interview, the Plaintiff was informed that his wife's adjustment of status application had been erroneously transferred to the CIS Baltimore District Office, halting any progress on his application. The Plaintiff's attorney sent a request to the CIS Fairfax District Office to rejoin the applications, so that the Plaintiff and his wife could be scheduled for an adjustment of status interview. *See* Exh. 12.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC 20036
Phone: 202-483-0053 Fax: 202-483-6801

8

23. Finally, on February 16, 2006, more than four years after the Plaintiff's application was filed, he received an adjustment of status interview notice for April 5, 2006, which he and his wife attended. *See* Exh. 13. Upon completion of the interview, the Plaintiff's wife's adjustment of status application was approved; however, the interviewer informed the Plaintiff that his application could not yet be approved due to pending security checks. CIS issued the Plaintiff a notice, stating "Your case was continued for: G-325 FBI Name Check (There are no means in which to predict the amount of time security checks will require to clear; therefore, please wait 180 days after the date of interview before making an inquiry)." *See* Exh. 14.

24. On November 27, 2006, nearly eight months after the Plaintiff's interview, his attorney made an inquiry with CIS regarding the status of his case. *See* Exh. 15. No response was received.

25. Finally, on June 4, 2007, the Plaintiff's attorney sent a letter to the CIS Washington District Office indicating the Plaintiff's intent to file a complaint for a writ of mandamus with the Court absent a response from CIS by June 29, 2007. *See* Exh. 16. The CIS Associate Regional Counsel replied to the Plaintiff's letter by telephone and requested ten additional days to review the Plaintiff's case, which the Plaintiff's counsel permitted. The ten-day period has since elapsed and CIS has failed to provide any further updates on the Plaintiff's case.

26. In addition to the above-mentioned inquiries, throughout this process the Plaintiff has made numerous in-person and telephonic status inquiries with CIS. The Plaintiff's application for adjustment of status remains pending.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC 20036
Phone: 202-483-0053 Fax: 202-483-6801

9

27. The Plaintiff is eager to obtain lawful permanent resident status and the lengthy delay by the Defendants in adjudicating his application is of great concern to him. The Plaintiff's ability to pursue opportunities for professional advancement has been negatively impacted by the Defendant's failure to adjudicate his application within a reasonable period of time. The delay in adjudication has also interfered with the Plaintiff's travel needs.

28. The Defendant CIS has unreasonably failed to issue a final decision on the Plaintiff's application for adjustment of status. As more than five and a half years have elapsed since the Plaintiff filed his adjustment of status application on December 7, 2001, the Plaintiff requests that this Court compel CIS to adjudicate his application for adjustment of status without further delay.

## VII.   CAUSE OF ACTION

29. The Plaintiff is entitled to adjust his status pursuant to 8 U.S.C. §1151(a)(2).

30. The Defendants have sufficient information to determine the Plaintiff's eligibility for adjustment of status pursuant to applicable requirements. Notwithstanding, the Defendant CIS has unreasonably delayed and refused to adjudicate the Plaintiff's application to adjust status for more than five and a half years, thereby depriving the Plaintiff of his right to a decision on his immigration status and the peace of mind to which he and his lawful permanent resident wife are entitled.

31. The Plaintiff has been prejudiced by CIS's undue delay in adjudicating his adjustment of status application, because he has been forced to repeatedly apply (and pay) for

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

10

extensions of employment authorization, all to the further detriment of the Plaintiff. *See* 8 C.F.R. §274a.12(c)(9).

32. Although the Plaintiff is highly qualified, he also has been unable to advance his career and secure other employment opportunities, because his lack of lawful permanent resident status makes him less appealing to prospective employers. The Plaintiff's inability to find an alternative job has restricted him both financially and professionally.

33. The Plaintiff's ability to travel out of the country has also been restricted, as he is required to apply for and obtain advance parole from CIS before traveling abroad while his immigration status remains pending.

34. The Defendants' inaction in the Plaintiff's case has caused inordinate and unfair amounts of stress, expense, and hassle for the Plaintiff, who is entitled to a decision on his application to adjust status without further unreasonable delay.

## VIII.  CLAIMS

35. The Defendant CIS has willfully and unreasonably failed to adjudicate the Plaintiff's application for adjustment of status for nearly six years, thereby depriving the Plaintiff of his rights under 8 U.S.C. §1151(a)(2).  Pursuant to 5 U.S.C. §555(b) and §702 (APA), "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency shall proceed to conclude a matter presented to it."  (Emphasis added).

36. The Defendant CIS owes the Plaintiff a duty to adjudicate his adjustment of status application, and has unreasonably failed to perform that duty. *See Matter of Sealed Case,* 151 F.3d at 1063 (holding that mandamus is an appropriate remedy whenever a party

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

11

demonstrates a clear right to have an action performed by a government official who refuses to act and that no other adequate means to attain the relief exist); *Liberty Fund, Inc.*, 394 F. Supp. 2d at 114 (same); *see also Donovan v. United States*, 580 F.2d 1203, 1208 (3d Cir. 1978) (same).

37. This Court should grant the Plaintiff's writ of mandamus because the Plaintiff has no alternative means to obtain adjudication of his application for adjustment of status and his right to issuance of the writ is "clear and indisputable." *Allied Chemical Corp. v. Daiflon Inc.*, 449 U.S. 33, 35 (1980).

38. Both the regulations and the INA provide numerous examples of duties owed by CIS in the adjustment of status process.  8 U.S.C. §1103 provides that "[t]he Secretary of Homeland Security *shall* be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens[.]"  (Emphasis added).   The Code of Federal Regulations provides that "[e]ach applicant for adjustment of status . . . *shall* be interviewed by an immigration officer."  8 C.F.R. §245.6 (emphasis added).   The regulations further provide that "the applicant *shall* be notified of the decision of the director and, if the application is denied, the reasons for the denial."  8 C.F.R. §245.2(a)(5)(i) (emphasis added).  The language of the statute and the above-cited regulations is mandatory, not discretionary, and the Defendants have a clear duty to adjudicate the application for adjustment of status pending before them.  *See Matter of Sealed Case,* 151 F.3d at 1063; *see also First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

12

39. The Plaintiff is entitled to action on his pending adjustment of status application, because an unreasonable amount of time has passed since his application was filed on December 7, 2001.  CIS has, to date, failed to make a determination on this application.

WHEREFORE, the Plaintiff prays that the Court:

1.  Compel the Defendants and those acting under them to take all appropriate action to perform their duty to adjudicate the Plaintiff's adjustment of status application without further delay;

2.  Grant such other and further relief as this Court deems proper under the circumstances; and

3.  Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 20 day of July 2007,

RAUF A. CHEEMA

By counsel,

Thomas K. Ragland
DC Bar Number: 501021

Nadeen Aljijakli
DC Bar Number: 501709

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone:  (202) 483-0053
Fax:  (202) 483-6801

*Counsel for Plaintiff*

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

13

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-00-113-51000 | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE March 7, 2000 | PRIORITY DATE June 10, 1999 | PETITIONER ST ELIZABETHS HOSP |
| NOTICE DATE July 14, 2000 | PAGE 1 of 1 | BENEFICIARY FIRDOUS, SHABANA |

A'ESSA CHEHRAZI
MAGGIO & KATTAR
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg, or
of Exceptn'l Ability
Sec 203(b)(2)

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is (603) 334-0700.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

| START HERE - Please Type or Print | FOR INS USE ONLY | |
|---|---|---|

**Part 1. Information about you.**

| | | |
|---|---|---|
| Family Name **Cheema** | Given Name **Rauf** | Middle Initial **A** |

Address - C/O

| Street Number and Name  **2118 Blue Knob Terrace** | Apt. # |
|---|---|

| City    **Silver Spring** | |
|---|---|

| State   **Maryland** | Zip Code   **20906** |
|---|---|
| Date of Birth (month/day/year)   **01/12/1966** | Country of Birth   **Pakistan** |
| Social Security #   **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** | A # (if any)   **N/A** |
| Date of Last Arrival (month/day/year)   **03/16/1999** | I-94 #   **717980312 07** |
| Current INS Status   **H-1B** | Expires on (month/day/year)   **11/01/2002** |

FOR INS USE ONLY

Returned
_____
_____

Receipt

Resubmitted
_____
_____

Reloc Sent
_____
_____

Reloc Rec'd
_____
_____

☐ Applicant Interviewed

**Part 2. Application Type.**   *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:   *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #
**Maryland**

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information

| A. City/Town/Village of Birth | Sargodha | Current occupation | Physician |
|---|---|---|---|
| Your mother's first name | Farrukh | Your father's first name | Muhammad |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**RAUF CHEEMA**

Place of last entry into the U.S. (City/State)

**Washington, D.C.**

In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

Were you inspected by a U.S. Immigration Officer?   ☒ Yes  ☐ No

**H1B**

| Nonimmigrant Visa Number | 19983163410001 | Consulate where Visa was issued **Montreal** |
|---|---|---|

| Date Visa was issued (month/day/year) **11/12/1998** | Sex: ☒ Male ☐ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| **Firdous** | **Shabana** | | **04/01/1964** |
| Country of Birth **Pakistan** | Relationship **Wife** | A # **n/a** | Applying with you? ☒ Yes ☐ No |
| Family Name **Cheema** | Given Name **Sarah** | Middle Initial **A** | Date of Birth (month/day/year) **05/29/1996** |
| Country of Birth **USA** | Relationship **Daughter** | A # **none** | Applying with you? ☐ Yes ☒ No |
| Family Name **Cheema** | Given Name **Zohaib** | Middle Initial **R** | Date of Birth (month/day/year) |
| Country of Birth **USA** | Relationship **son** | A # | Applying with you? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

| 01/1990 - 01/1995 | Medical Core, Pakistan Military | Lahore & Muzzaffarabad, Pakistan |
|---|---|---|

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*

**Part 4.  Signature.**   *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.  The following applies to you if you are a man at least 18 years old,  but not yet 26 years old,  who is required to register with the Selective Service System:**  I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name,  current address,  Social Security number,  date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *R. Cheema* | Rauf Cheema, M.D. | 9/30/01 | 301-438-3296 |

**Please Note:**   *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.   Signature of person preparing form if other than above.**        *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | Alison J. Brown | 12·6·01 | 202-483-0053 |

**Firm Name and Address**   Maggio & Kattar, P.C.
11 Dupont Circle NW, Suite 775  Washington, DC 20036

Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
| EAC-02-065-51787 | RESIDENT STATUS |
| RECEIVED DATE | APPLICANT A98 365 400 |
| December 7, 2001 | CHEMMA, RAUF A. |
| PRIORITY DATE | |
| NOTICE DATE PAGE | |
| December 17, 2001  1 of 1 | |

ALISON J. BROWN
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Derivative adjustment

The above application or petition has been received. It takes 365 to 540 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (802) 527-4913 to obtain case status information direct from our system 24 hours a day with a touch-tone phone and the receipt number for this case at the top of this form.

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 65479-0001
Customer Service Telephone: (802) 527-4913



# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | NOTICE DATE<br>May 06, 2002 |
| CASE TYPE<br>I485   Application To Adjust To Permanent Resident Status | INS A#<br>A 095 365 400 |

| APPLICATION NUMBER<br>FPS*001760518 | RECEIVED DATE<br>December 07, 2001 | PRIORITY DATE<br>December 07, 2001 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS.

RAUF A CHEMMA
c/o ALISON J BROWN
MAGGIO & KATTAR PC
11 DOPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS GLENMONT<br>12331-C GEORGIA AVE.<br>GLENMONT PLAZA<br>WHEATON MD 20906 | 06/14/2002<br>10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF:**
1. YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS,
2. YOUR APPLICATION HAS ALREADY BEEN GRANTED, OR
3. YOU WERE UNDER 14 YEARS OF AGE OR OVER 79 (75 FOR NATURALIZATION APPLICANTS) AT THE TIME YOUR APPLICATION WAS FILED.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☑ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS GLENMONT
12331-C GEORGIA AVE.
GLENMONT PLAZA
WHEATON MD 20906

If you have any questions regarding this notice, please call 1-800-375-5283.   REPRESENTATIVE COPY

APPLICATION NUMBER
FPS*001760518

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | | NOTICE DATE<br>10/21/2003 |
|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER<br>225732007 | INS A#<br>A095365400 |
| APPLICATION NUMBER<br>EAC0206551767 | SERVICE CENTER<br>ESC | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAUF A CHEEMA
c/o ALISON J BROWN
MAGGIO & KATTAR P C
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON, DC 20036

Your fingerprint card (FD-258) on file with the Immigration & Naturaization Service (INS) has expired. In order for the INS to continue processing your application, it will be necessary to have your fingerprints re-taken. This will be completed at no additional expense to you.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| BCIS GLENMONT<br>12331-C GEORGIA AVE.<br>GLENMONT PLAZA<br>WHEATON, MD 20906 | 11/18/2003<br>12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:     ☐ Wednesday afternoon     ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

BCIS GLENMONT
12331-C GEORGIA AVE.
GLENMONT PLAZA
WHEATON, MD 20906

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
EAC0206551767

APPLICANT COPY

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the INS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

Form I-797C (Rev. 09/07/93) N

**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services

**Notice of Action**
Page 1

| Applicant/Petitioner A#<br>A73238514 | | Application/Petition Application to Register Permanent Residence or Adjust Status (Form I-485) |
|---|---|---|
| Receipt #<br>EAC0206551700 | | Applicant/Petitioner<br>FIRDOUS, SHABANA |
| Notice Date<br>October 30, 2003 | Page<br>1 | Beneficiary |

SHABANA FIRDOUS
ATTN ALISON J BROW ESQ
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036



12/17/2001  EAC-02-065-51700 EACDMP01

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED IN THE ORIGINAL WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.**

1. YOUR RESPONSE MUST BE RECEIVED IN THIS OFFICE ON OR BEFORE <u>January 23, 2004.</u>
2. REGULATIONS REQUIRE THAT THE REQUESTED EVIDENCE BE SUBMITTED WITHIN 12 WEEKS.
3. ALL DOCUMENTATION REQUESTED SHOULD BE SUBMITTED TOGETHER.
4. SUBMISSIONS RECEIVED AFTER THE ABOVE DATE WILL NOT BE ACCEPTED.
5. YOU MAY NOT RECEIVE AN EXTENSION OF TIME IN ORDER TO SUBMIT THE REQUESTED DOCUMENTATION.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within **60 days** then you may contact the BCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

Submit an original letter on company letterhead from your prospective employer who filed Form I-140/I-360 on your behalf stating their continued interest in hiring you, duties to be performed, and remuneration.

Submit a copy of the approval notice for an immigrant petition that makes a visa number immediately available to you. Or, submit evidence of the filing of an immigrant petition that, if approved, will make a visa number immediately available to you.

Please submit a legible photocopy of <u>all</u> pages of your most recent passport.

Please submit your Federal Income Tax returns, including all schedules and Forms W-2 and/or Forms 1099, for the last two years.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER                            748
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001



| | | |
|---|---|---|
| Immigration and Nationality Attorneys | 11 Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No.: 98-574

***VIA FEDERAL EXPRESS***

November 12, 2003

United States Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

RE:    **RESPONSE TO RFE FOR ADJUSTMENT OF STATUS APPLICATION BY: Shabana Firdous**

Dear Sir or Madam:

Further to your Request for Evidence, enclosed please find:

1. Your original Request for Evidence.
2. A letter from the Department of Mental Health of the District of Columbia (St. Elizabeth's Hospital), Dr. Firdous's employer, stating her duties, remuneration and prospect for continued employment.
3. Copies of Dr. Firdous's Federal Income Tax returns for the last two years.
4. Copies of all the pages of Dr. Firdous's two most recent passports.
5. A copy of form I-797 acknowledging the approval of St. Elizabeth's I-140 petition on behalf of Dr. Firdous.

Thank you for your kind attention to this matter. As always, should you have any questions, please do not hesitate to contact us.

Sincerely,

**Maggio & Kattar**

Alison J. Brown

Enclosures:    as stated
cc:            Shabana Firdous
               Robbyn Steiiner

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001



**U.S. Citizenship
and Immigration
Services**

May 25, 2004

ALISON BROWM
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

Dear Alison Browm:

On 04/22/2004 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | BROWN, ALISON, J |
| **Case type:** | I-485 OTHER |
| **Filing date:** | 12/06/2001 |
| **Receipt number:** | EAC0206551700 |
| **Beneficiary:** | |
| **Your CIS Account Number:** | |
| **Type of Service Requested** | CASE STATUS |

The status of this service request is:

A decision on your I-485 is forthcoming.

For future status inquiries of a petition or application filed at this Center, or for live assistance from an Information Officer, you may want to utilize our automated phone system by calling (800) 375-5283. If you would like to obtain forms or filing instructions please visit our web site at www.uscis.gov (forms can be downloaded from this site).

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. An AR-11 form has been provided with this letter for your convenience. Where possible, please provide an A-number or other identifying numbers. *You must complete the Form AR-11 and mail to to the London, KY address. Failure to complete all applicable sections may delay processing of the form.* Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director



**MAGGIO KATTAR**

| Immigration | 11 Dupont Circle, NW | 202.483.0053 tel |
| and | Suite 775 | 202.483.6801 fax |
| Nationality Attorneys | Washington, DC 20036 | www.maggio-kattar.com |

Our File No.:  98-574

*VIA US POSTAL SERVICE*
*VIA FACSIMILE*

October 27, 2004

U.S. Citizenship and Immigration Services
Vermont Service Center
**ATTN: Expedite Request**
75 Lower Welden Street
St. Albans, VT 05479

RE:    Shabana FIRDOUS / A73 238 514
              Pending Adjustment - Principal Applicant; EAC-02-065-51700
         Rauf A. CHEEMA / A95 365 400
              Pending Adjustment Applicant; EAC-02-065-51767
         STATUS INQUIRY: FILED ON DECEMBER 7, 2001; VERMONT CURRENTLY
         PROCESSING CASES WITH RECEIPT DATE OF JUNE 1, 2003

Dear Sir or Madam:

Please be advised that the above-referenced adjustment applicants have had pending I-485 Adjustment of Status applications with your office since **December 7, 2001**. For your reference, enclosed please find copies of the I-485 receipts issued by your office. According to USCIS processing times, your office is currently processing I-485 applications received on **June 1, 2003**. As of several status inquiries made over the past year, the case remains pending for reasons unknown.

**As the above-referenced applications have been pending for almost three years, and the receipt date is 19 months prior to your current processing date, we kindly request that your office come to a decision as soon as possible on this case.** We thank you for your kind attention to this matter.

Sincerely,

**MAGGIO KATTAR**

Alison J. Brown

Enclosures:  As stated (2)
Cc:  Shabana Firdous/Rauf Cheema

Michael Maggio         Andrés C. Benach*      *Not admitted in
Alison J. Brown*       James Alexander*        Washington, DC
Elizabeth A. Quinn*

Department of Homeland Secur
U.S. Citizenship and Immigration S     es

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-02-065-51767 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
| **RECEIPT DATE**<br>December 17, 2001 | **PRIORITY DATE** | **APPLICANT** A95 365 400<br>CHEMMA, RAUF A. |
| **NOTICE DATE**<br>January 5, 2005 | **PAGE**<br>1 of 1 | |

ALISON J. BROWN
MAGGIO & KATTAR PC
11 DOPONT CIRCLE NW SUITE 775
WASHINGTON DC 20036

**Notice Type:** Transfer Notice

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

    Attn: E-Filing, 2675 Prosperity Avenue, Fairfax, VA 22031-4906

    Telephone: (800) 375-5283

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**





**MAGGIO KATTAR**

Immigration
and
Nationality Attorneys

11 Dupont Circle, NW
Suite 775
Washington, DC 20036

202.483.0053 tel
202.483.6801 fax
www.maggio-kattar.com

Our File No.: 98-574

January 11, 2005

*VIA CERTIFIED MAIL #7002 0860 0001 0455 7111*

US Citizenship & Immigration Services
ATTN: E-filing
2675 Prosperity Ave.
Fairfax, VA 22031-4906

RE:    **Rauf CHEEMA / A95 365 400**
       **Pending Adjustment Applicant; EAC-02-065-51767**
       **FINGERPRINTS EXPIRING – PLEASE SCHEDULE TO EXPEDITE**
       **LONG-PENDING CASE**

Dear Sir or Madam:

Our above-referenced client is the derivative applicant of an employment-based adjustment application which has been pending since **December 7, 2001.** Enclosed please find the notice issued by CIS transferring the case from Vermont to your office on January 5, 2005.

Dr. Cheema completed his fingerprints for this case on June 14, 2002. **As these prints are due to expire in February of 2005, and this case has been pending since December of 2001, we ask that you please schedule Dr. Rauf Cheema for fingerprints as soon as possible**.

We thank you in advance for your kind and prompt attention to this matter. Please do not hesitate to contact our office should you have any questions or concerns.

Sincerely,

**MAGGIO & KATTAR**

Alison J. Brown

Enclosures:  as stated.
cc:    Rauf Cheema

Michael Maggio
Alison J. Brown*
Elizabeth A. Quinn*

Andrés C. Benach*
James Alexander*

*Not admitted in
Washington, DC

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

*2675 Prosperity Ave.*
Fairfax, VA  22031

*Alien Registration #: A95365400*

Date of Receipt: 07/23/05

a CHEEMA
FOREST RIDGE DRIVE
EAT FALLS, VA 22066

*— OLD/INCORRECT ADDRESS; PLEASE REFER TO GREEN SHEET FOR CURRENT*

ar Applicant:

r application for adjustment of status to permanent resident has been received and accepted for processing.  Your
rview and fingerprinting appointments are set and the notices are attached. Attached is also a change of address form to
completed if your address changes before your scheduled interview date.

ou already have been assigned an alien registration number, the processing time for an I-765 employment authorization
or an I-131 advance parole is 30 days.

se processing times are subject to change.  See the posted signs for updates.

nquiries regarding an application pending with our office must be made through the Information Unit, Room 210.  We
that you do not contact this office until after processing time has expired.  In order for us to better service you, we ask
you provide proof of filing at the time your inquiry is made.  The hours for walk-in service are 7:30 am- 12 noon daily.

uld you move during the time your application is pending with our office, you must notify us in writing so that your
rmation is properly updated on your application.  Remember to always include your assigned alien registration number
ated at the top right-hand corner of this letter when corresponding with CIS.

cerel

*Dhyli A. Henard*

is A. Howard
rict Director Services

AGGIO AND KATTAR, P.C.

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

*2675 Prosperity Ave.*
*Fairfax, VA 22031*

File Number: A95365400
Date: July 25, 2005

CHEEMA
FOREST RIDGE DRIVE
AT FALLS, VA 22066

se come to the office shown below at the time and place indicated in connection with an official matter.

ICE LOCATION:        Washington District Office
                     4420 N. Fairfax Drive, 3rd Floor       2675 Prosperity Avenue
                     Arlington, VA 22203                     Fairfax, VA 22041

E AND TIME:          08/25/05
                     08:15 AM

FICER:               H
                     District Adjudications Officer

SON FOR APPOINTMENT:    Application for Adjustment of Status Interview

**HIS INTERVIEW WILL BE VIDEOTAPED.**
ASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

THIS LETTER, YOUR PASSPORT, AND YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY.

MEDICAL EXAM RESULTS, FORM I-693. APPEAR EVEN IF NOT COMPLETED.

FEDERAL INCOME TAX RETURNS FOR THE PREVIOUS THREE YEARS WITH W-2'S.

A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF
PAY AND HOURS PER WEEK.

CERTIFIED COPY OF THE COURT DISPOSITIONS OF ALL ARRESTS, IF APPLICABLE.

YOUR SPOUSE AND EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE
PHOTOS).

MUST BRING THE ORIGINAL AND ONE CLEAR COPY OF ALL DOCUMENTS SUBMITTING FOR EXAMINATION!
E OFFICER **WILL NOT** COPY ANY DOCUMENTS!

MAGGIO AND KATTAR, P.C.



**MAGGIO KATTAR**

| Immigration | II Dupont Circle, NW | 202.483.0053 tel |
| and | Suite 775 | 202.483.6801 fax |
| Nationality Attorneys | Washington, DC 20036 | www.maggio-kattar.com |

_Via Federal Express #853096661412_                    Our File No.: 98-574
August 25, 2005

Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22066

FILE

RE:    **Dr. Shabana FIRDOUS / A73 238 514**
            Pending Adjustment - **Principal Applicant**; EAC-02-065-51700
        **Dr. Rauf A. CHEEMA / A95 365 400**
            Pending Adjustment - **Derivative Applicant**; EAC-02-065-51767
        <u>**FILES HAVE BEEN SEPARATED – PRINCIPAL APPLICANT
        TRANSFERRED TO BALTIMORE; URGENT REQUEST TO
        REJOIN FILES AT WASHINGTON DISTRICT OFFICE**</u>

Dear Sir/Madam:

**Please be advised that the above-referenced couple's adjustment of status applications have
been separated due to an erroneous transfer.** Dr. Rauf Cheema, the DERIVATIVE applicant,
received a notice scheduling him for an interview at your office on <u>August 25, 2005</u>. At this
interview, we learned that the file of Dr. Shabana Firdous, his wife and the PRINCIPAL
applicant, had been erroneously transferred _from_ your office to the CIS Baltimore District Office.

**As the couple lives in Great Falls, Virginia, both of them are under your office's
jurisdiction, and we therefore ask that you request the transfer of Dr. Shabana Firdous's
file BACK to your office from Baltimore CIS.** We would greatly appreciate your prompt
attention to this matter, so that the files may be rejoined and both Dr. Firdous and Dr. Cheema
may be scheduled for an adjustment of status interview. <u>Furthermore, we ask that you schedule
Dr. Firdous for a biometrics appointment as soon as possible.</u>

Enclosed for your reference please find copies of our Forms G28, Dr. Cheema's interview
notice, and the notices received from the Vermont Service Center transferring both applications
to your office on January 5, 2005.

We thank you for your kind attention to this matter. Should you have any questions, please feel
free to contact our office.

Sincerely,

**MAGGIO & KATTAR**

Alison J. Brown

Enclosures: As stated.
Cc: Dr. Firdous/Dr. Cheema

| Michael Maggio | Andrés C. Benach* | Sandra Grosman* |
| Alison J. Brown* | Maxine Bayley | *Not admitted in |
| Elizabeth A. Quinn* | Melissa Frisk* | Washington, DC |
| James Alexander* | Cora Tekach | |

**U.S. Departme t Homeland Security**
United States Citizenship and Immigration Services

*2675 Prosperity Ave.*
*Fairfax, VA 22031*

File Number: A95365400
Date: February 16, 2006
RE: RAUF AMAN CHEEMA

MAGGIO AND KATTAR, P.C.
11 DUPONT CIRCLE NW
SUITE 775
WASHINGTON, DC  20036

Please come to the office shown below at the time and place indicated in connection with an official matter.
---                                                                          ---

OFFICE LOCATION:

DATE AND TIME:              04/05/06
                           01:30 PM

OFFICER:                   H
                           District Adjudications Officer

REASON FOR APPOINTMENT:    Application for Adjustment of Status Interview

**THIS INTERVIEW WILL BE VIDEOTAPED.**
<u>PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.</u>

X    THIS LETTER, YOUR PASSPORT, AND YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY.

     MEDICAL EXAM RESULTS, FORM I-693. APPEAR EVEN IF NOT COMPLETED.

X    FEDERAL INCOME TAX RETURNS FOR THE PREVIOUS THREE YEARS WITH W-2'S.

X    A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF
     PAY AND HOURS PER WEEK.

X    CERTIFIED COPY OF THE COURT DISPOSITIONS OF ALL ARRESTS, IF APPLICABLE.

X    YOUR SPOUSE AND EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE
     PHOTOS).

X

**YOU MUST BRING THE ORIGINAL AND ONE CLEAR COPY OF ALL DOCUMENTS SUBMITTING FOR EXAMINATION!**
**THE OFFICER <u>WILL NOT</u> COPY ANY DOCUMENTS!**

**Cc: RAUF AMAN  CHEEMA**

U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031



U.S. Citizenship
and Immigration
Services

April 5, 2006                                        A95 365 400

Rauf Aman Cheema :

You have just completed your interview for permanent residence in the United States. However, we are unable to complete your application and your case is continued.

If your case was continued for documents, you have been issued a Request for Evidence (Form I-72). Every effort must be made to submit requested documentation on or before the due date. Once requested documents have been submitted, please allow 120 days before making an inquiry. If your case was continued for G-325 FBI Name check or for receipt of a RAP Sheet, please allow 180 days before making an inquiry. Applicants whose adjustment cases are continued for reasons other than those addressed should allow 120 days from the date of interview before making an inquiry.

Your case was continued for:

  ☐ Documents (Form I-72 is attached) (Please wait 120 days after document submission before making an inquiry)

  ☒ G-325 FBI Name Check (There are no means in which to predict the amount of time security checks will require to clear; therefore, please wait 180days after the date of interview before making an inquiry)

  ☐ FBI Rap Sheet (Please wait 180days after the date of interview before making an inquiry)

  ☐ Other:        ; (Please wait 120days after the date of interview before making an inquiry)

If the processing time stated above elapses and you have not been notified by this office about your case, you may make an INFOPASS appointment via the Internet at www.infopass.uscis.gov; under the section for the type of appointment. Upon completion of your case, you will receive notification of the decision reached in your case.

Sincerely,

Phyllis A. Howard
District Director, Services

**INTERVIEWING OFFICER:** Marisa Peter, DAO



| | | |
|---|---|---|
| **MAGGIO KATTAR** | Immigration and Nationality Attorneys | Il Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No.: 98-574

November 27, 2006

*VIA CERTIFIED MAIL #70052570000134799773*

US Citizenship & Immigration Services
2675 Prosperity Ave.
Fairfax, VA 22031

**RE:    Rauf CHEEMA (A 95 365 400)**
         Pending I-485 Applicant (EAC-02-065-51767)
         **INTERVIEWED ON APRIL 5, 2006**

Dear Sir or Madam:

Our above-referenced client was interviewed at your office for his adjustment of status application on April 5, 2006 (copy of G-28 enclosed). At this interview, the officer gave us the enclosed sheet indicating that Dr. Cheema's case was still pending G-325 FBI name checks.

**As it has been 236 days since our client was interviewed, we kindly request that your office come to a decision on this I-485 application as soon as possible.** If you require additional material, please inform us so that we may respond promptly.

Thank you for your kind consideration of this application. Please do not hesitate to contact our office should you have any questions or concerns.

Sincerely,

**MAGGIO & KATTAR**

Andrés C. Benach

Enclosures: as stated.
cc:    Rauf Cheema

Michael Maggio          Andrés C. Benach*        Sandra Grossman*      *Not admitted in
Elizabeth A. Quinn*      John Nahajzer            Nadeen Aljijakli*      Washington, DC
Melissa Frisk*           Amy R. Novick            Thomas Ragland*
James Alexander*         Cara D. Talash



**MAGGIO KATTAR**

Immigration
and
Nationality Attorneys

Il Dupont Circle, NW
Suite 775
Washington, DC 20036

202.483.0053 tel
202.483.6801 fax
www.maggio-kattar.com

Our File No. 07-558

June 4, 2007

**_BY FEDERAL EXPRESS # 8594 7730 1560 0215_**

Mr. Gregory Christian
District Director, Washington Office
United States Citizenship & Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031

RE:    **Notice of Intent to file WRIT OF MANDAMUS on behalf of Dr. Rauf CHEEMA
(A95 365 400)
Adjustment of Status Applicant**

Dear Mr. Christian:

We write to notify you that we intend to file a complaint for a writ of mandamus with the United
States District Court for the District of Columbia absent an immediate response from your office
regarding the above referenced case.  A Form G-28 Notice of Entry of Appearance on behalf of
Dr. Cheema is attached for your reference.

Dr. Cheema filed his application for adjustment of status (Form I-485) with the CIS Vermont
Service Center on December 7, 2001, more than five years ago.  (Tab 1).  Dr. Cheema is a
derivative applicant based on his wife Shabana Firdous's approved immigrant petition for alien
worker (Form I-140).  (Tab 2).  *See* INA §203(b)(2).  CIS issued a receipt notice for Dr.
Cheema's adjustment of status application on December 17, 2001. (Tab 3).  As directed, on June
14, 2002, Dr. Cheema submitted his fingerprints to CIS.  (Tab 4).  On October 30, 2003, CIS
issued a request for additional evidence. (Tab 5).  Dr. Cheema and his wife promptly responded
to the request on November 12, 2003.  (Tab 6).  On April 22, 2004, Dr. Cheema's attorney made
an inquiry with CIS regarding the status of his case.  (Tab 7).  Your office replied on May 25,
2004, stating, "A decision on your I-485 is forthcoming." *Id.*  On October 27, 2004, Dr. Cheema
made yet another inquiry with CIS regarding his case status.  (Tab 8).  No response was received.
On January 5, 2005, CIS Vermont Service Center issued a Transfer Notice indicating that Dr.
Cheema's case had been transferred to CIS Fairfax District Office.  (Tab 9).  On January 11,
2005, Dr. Cheema's attorney sent CIS a request to expedite Dr. Cheema's long-pending case.
(Tab 10).  On July 23, 2005, CIS sent Dr. Cheema an adjustment of status interview notice,
which he attended.  (Tab 11).  At this interview, Dr. Cheema was informed that his wife's
adjustment of status application had been erroneously transferred to the CIS Baltimore District
Office, halting any progress on his application.  Dr. Cheema's attorney sent a request to the CIS
Fairfax District Office to rejoin the applications, so that Dr. Cheema and his wife could be

Michael Maggio
Elizabeth A. Quinn*
Melissa Frisk*
James Alexander*

Andrés C. Benach*
John Nahajzer
Amy R. Novick
Cora D. Tekach

Sandra Grossman*
Nadeen Aljijakli
Thomas K. Ragland

*Not admitted in
Washington, DC



scheduled for an adjustment of status interview. (Tab 12). Finally, on February 16, 2006, more than four years after Dr. Cheema's application was filed, he received an adjustment of status interview notice for April 5, 2006, which he attended. (Tab 13). Upon completion of his interview, CIS issued Dr. Cheema a notice, stating "Your case was continued for: G-325 FBI Name Check (There are no means in which to predict the amount of time security checks will require to clear; therefore, please wait 180 days after the date of interview before making an inquiry)." (Tab 14). On November 27, 2006, nearly eight months after Dr. Cheema's interview, his attorney made an inquiry with CIS regarding the status of his case. (Tab 15). No response was received. In addition to the above-mentioned inquiries, throughout this process, Dr. Cheema has made numerous in-person and telephonic status inquiries with CIS.

The Administrative Procedure Act ("APA") at 5 U.S.C. §§555(b) and 702 and the Immigration and Nationality Act ("INA") and its related regulations require CIS to carry out its duties within a reasonable time. 5 U.S.C. §555(b) provides that "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency shall proceed to conclude a matter presented to it." (Emphasis added). CIS is subject to 5 U.S.C. §555(b). The delay of nearly six years in processing Dr. Cheema's application for adjustment of status is patently unreasonable. Moreover, CIS's delay in adjudication has deprived Dr. Cheema of several opportunities for professional advancement, and it has also caused serious interference with his travel needs and work schedule. Dr. Cheema has also suffered a severe emotional burden as a result of these delays.

Both the regulations and the INA provide numerous examples of duties owed by CIS in the adjustment of status process. 8 U.S.C. §1103 states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (Emphasis added). The Code of Federal Regulations further provides that "[e]ach applicant for adjustment of status under this part *shall* be interviewed by an immigration officer." 8 C.F.R. §245.6 (emphasis added). The Regulations also provide that "the applicant *shall* be notified of the decision of the Director, and, if the application is denied, the reasons for the denial." 8 C.F.R. §245.2(5)(i) (emphasis added). The language of the statute and of the above-cited regulations is mandatory, not discretionary, and CIS has a clear duty to adjudicate the application for adjustment of status pending before it. *See First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

We are eager to resolve this matter directly with CIS. Nevertheless, if we do not receive a response to this request by June 29, 2007, we will have no choice but to proceed with the writ of mandamus in federal court.

We thank you for your kind attention to this matter. Please let us know if you have any questions.



Dr. Rauf CHEEMA (A95 365 400)<br>June 4, 2007<br>Page 3

Respectfully submitted,

**MAGGIO KATTAR**

Thomas K. Ragland

cc:    Dr. Rauf Cheema
        Ms. Susan Dibbins, Washington Field Office Director, CIS
        Mr. Michael Metzgar, Associate Regional Counselor, CIS

Enclosures: As Stated.

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: I-485 Application for Adjustment of Status | Date: |
|---|---|
| | File No.  A095365499 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name:  Rauf  Cheema | ☐ Petitioner    ☒ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street)    11301 Corobon Lane | (City) Great Falls | (State) VA | (Zip Code) 22066 |

| Name: | ☐ Petitioner    ☐ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Maryland                    Court of Appeals                    and am not under a court or administrative agency
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.
                              *Name of Court*

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain Fully.)
Michael Maggio, Cora Tekach admitted U.S. Supreme Court; John Nahajzer, Amy Novick admitted D.C. Court of Appeals; Thomas Ragland, Melissa Frisk, Sandra Grossman admitted Maryland Court of Appeals; Elizabeth Quinn admitted Supreme Court of Virginia; James Alexander admitted Florida Supreme Court; Andrés Benach, Nadeen Aljijakli admitted NY Court of Appeals.

| SIGNATURE | COMPLETE ADDRESS Maggio & Kattar, P.C. 11 Dupont Circle, N.W., Suite 775 Washington, DC  20036 |
|---|---|
| NAME (Type or Print) Thomas Ragland | TELEPHONE NUMBER (202) 483-0053        Fax:  (202) 483-6801 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Michael Maggio, Elizabeth Quinn, Jim Alexander, Andrés Benach, John Nahajzer, Cora Tekach, Amy Novick, Melissa Frisk, Sandra Grossman, Nadeen Aljijakli, and Thomas Ragland.

*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
Immigration matters before the U.S. Department of Homeland Security, U.S. Department of State, U.S. Department of Labor, and U.S. Department of Justice.

| Name of Person Consenting Rauf Cheema | Signature of Person Consenting R. Cheema | Date 5/29/07 |
|---|---|---|

(NOTE:  Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

<u>VERIFICATION</u>

I, Rauf A. Cheema, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for

Mandamus and Declaratory Judgment, upon information and belief.

Dated: 07/17/07

Place: Great Falls, VA .


_R. Cheema_
RAUF A. CHEEMA

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Phone: 202-483-0053  Fax: 202-483-6801

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Rauf CHEEMA    88888 | Emilio T. Gonzalez, Michael Chertoff, Robert S. Mueller |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Fairfax<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Thomas K. Ragland, Nadeen Aljijakli<br>MAGGIO & KATTAR<br>11 Dupont Circle, NW, Suite 775<br>Washington, DC 20036 | ATTORNEYS (IF KNOWN)<br><br>Case: 1:07-cv-01297<br>Assigned To : Robertson, James<br>Assign. Date : 7/20/2007<br>Description: General Civil |

### II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZE...

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**◉ E. General Civil (Other)    OR    ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** <br> ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment** <br> (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** <br> ☐ **890 Other Statutory Actions** (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** <br> ☐ **720 Labor/Mgmt. Relations** <br> ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** <br> ☐ **740 Labor Railway Act** <br> ☐ **790 Other Labor Litigation** <br> ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** <br> ☐ **443 Housing/Accommodations** <br> ☐ **444 Welfare** <br> ☐ **440 Other Civil Rights** <br> ☐ **445 American w/Disabilities-Employment** <br> ☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance** <br> ☐ **120 Marine** <br> ☐ **130 Miller Act** <br> ☐ **140 Negotiable Instrument** <br> ☐ **150 Recovery of Overpayment & Enforcement of Judgment** <br> ☐ **153 Recovery of Overpayment of Veteran's Benefits** <br> ☐ **160 Stockholder's Suits** <br> ☐ **190 Other Contracts** <br> ☐ **195 Contract Product Liability** <br> ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

◉ **1 Original Proceeding**   ○ **2 Removed from State Court**   ○ **3 Remanded from Appellate Court**   ○ **4 Reinstated or Reopened**   ○ **5 Transferred from another district (specify)**   ○ **6 Multi district Litigation**   ○ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §1361 , 5 U.S.C. §555(b) and §702 Complaint for a Writ of Mandamus

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** _____ Check YES only if demanded in complaint <br> **JURY DEMAND:**    YES ☐    NO ☒ |
|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE **7/20/07**   SIGNATURE OF ATTORNEY OF RECORD _Nadar Hpm_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.