UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUF A. CHEEMA, </br></br>　　　　Plaintiff </br></br>　　v. </br></br> EMILIO T. GONZALEZ, Director, </br> United States Citizenship and Immigration </br> Services, et al., </br></br>　　　　Defendants. | ) </br> ) </br> ) </br> )　Civil Action No. 07-1297 (JR) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　　/s/ Robin M. Meriweather

　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7198
　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of September, 2007, I caused a copy of the foregoing Notice of Appearance to be served on Plaintiff via the Court's electronic filing system or, should I receive notice from the Court's electronic filing system that electronic service failed, by first class mail, postage prepaid, addressed to:

Thomas Ragland
MAGGIO & KATTAR PC
11 Dupont Circle, NW
Suite 775
Washington, DC 20036


          /S/ Robin M. Meriweather
ROBIN M. MERIWEATHER, DC BAR # 490114
Assistant United States Attorney