UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAUF A. CHEEMA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, )<br>United States Citizenship and Immigration )<br>Services, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.  07-1297 (JR) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due October 28, 2007.  The United States Attorney's Office was served July 30, 2007, making Defendants' answer currently due September 28, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position to this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen of Pakistan.  Plaintiff filed a mandamus complaint asking the Court to adjudicate Plaintiff's I-485 petition or, alternatively, remand the case to CIS for immediate adjudication of the I-485 application.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual allegations, the status of Plaintiff's application, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: September 27, 2007                    Respectfully submitted,

                                                           /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                           /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                              /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of September, 2007, I caused a copy of the foregoing to be served on Plaintiff via the Court's electronic filing system or, should I receive notice from the Court's electronic filing system that electronic service failed, by first class mail, postage prepaid, addressed to:

Thomas Ragland
MAGGIO & KATTAR PC
11 Dupont Circle, NW
Suite 775
Washington, DC 20036

                                   /S/ Robin M. Meriweather
                            ROBIN M. MERIWEATHER, DC BAR # 490114
                            Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RAUF A. CHEEMA, | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | Civil Action No. 07-1297 (JR) |
| v. | ) | |
|  | ) | |
| EMILIO T. GONZALEZ, Director, | ) | |
| United States Citizenship and Immigration | ) | |
| Services, et al., | ) | |
|  | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is

this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by October 28, 2007.

SO ORDERED.

_____
United States District Judge