UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAUF A. CHEEMA, )
)
Plaintiff )
)   Civil Action No. 07-1297 (JR)
v. )
)
EMILIO T. GONZALEZ, Director, )
United States Citizenship and Immigration )
Services, et al., )
)
Defendants. )

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

_____  
MICHAEL MAGGIO  
THOMAS RAGLAND  
ANDRES BENACH  
MAGGIO & KATTAR  
11 Dupont Circle, NW Suite 775  
Washington, DC 20036  
Phone: (202) 483-0053  
Fax: (202) 483-6801

*Counsel for Plaintiff*

_____  
JEFFREY A. TAYLOR, D.C. BAR #498610  
United States Attorney

_____  
RUDOLPH CONTRERAS, D.C. BAR #434122  
Assistant United States Attorney.

_____  
ROBIN M. MERIWEATHER, D.C. Bar #490114  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
Phone: (202) 514-7198; Fax (202) 514-8780  
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

Dated: October 24, 2007